1  Jessica N. Wahl (SBN 321887)
2  jwahl@shb.com
   SHOOK, HARDY & BACON L.L.P.
3  2049 Century Park East, Suite 3000
   Los Angeles, California 90067
4  Telephone:  424.285.8330
   Facsimile:   424.204.9093

5  Attorneys for Defendant
6  MADISON REED, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CONIDI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MADISON REED, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-02823-AB-AFM<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY CASE** |

1  Jennifer Conidi ("Plaintiff" or "Conidi") and Defendant Madison Reed, Inc. ("Madison Reed") hereby stipulate as follows:

2. 1. Pursuant to LR 40-2, the Parties have reached an agreement in principle to settle this action and are in the process of preparing a formal settlement agreement.

3. 2. Pursuant to the Parties' Stipulation Extending Time to Answer, Madison Reed's deadline to file responsive pleading is May 19, 2023.

4. 3. However, in light of the settlement in principle, such pleading is unnecessary.

5. 4. Once the settlement agreement is finalized and executed, Plaintiff will voluntarily dismiss the action with prejudice.

THEREFORE, in light of the foregoing and to further judicial economy, the Parties stipulate staying this action while finalizing the settlement agreement. The parties will jointly inform the Court of their status within 30 days if the matter has not yet been dismissed.

Dated: May 18, 2023                Respectfully Submitted

                                   SHOOK, HARDY & BACON L.L.P.

                                   By: /s/ Jessica N. Wahl
                                       Attorneys for Defendant
                                       MADISON REED, INC.

Dated: May 18, 2023                Respectfully Submitted

                                   PACIFIC TRIAL ATTORNEYS, P.C.

                                   By: /s/ David Reid
                                       Attorneys for Plaintiff
                                       JENNIFER CONIDI, individually and on
                                       behalf of all others similarly situated

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY CASE

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), I attest that all signatories on whose behalf this filing is submitted concur in the content of this filing and have authorized the filing, including the use of /s/ electronic signatures.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

Dated: May 18, 2023

By: */s/ Jessica N. Wahl*
Attorneys for Defendant
MADISON REED, INC.